NO.
12-11-00140-CR

                  

IN THE COURT OF
APPEALS 

 

            TWELFTH
COURT OF APPEALS DISTRICT

 

                                      TYLER, TEXAS

DONNIE
WAYNE CHALK,                              §                 APPEAL FROM THE 114TH

APPELLANT

 

V.                                                                         §                 JUDICIAL
DISTRICT COURT

 

THE STATE OF TEXAS,

APPELLEE                                                        §                 SMITH
COUNTY, TEXAS

                                                        
                                           

MEMORANDUM OPINION

PER CURIAM

            Appellant
pleaded guilty to possession of a controlled substance, and the trial court
placed him on deferred adjudication community supervision.  The trial court
revoked Appellant’s deferred adjudication community supervision, found him
guilty, and sentenced him to fifteen years of imprisonment.  We have received
the trial court’s certification showing that Appellant waived his right to
appeal.   See Tex. R. App. P. 25.2(d). 
The certification is signed by Appellant and his counsel.  Accordingly, the
appeal is dismissed for want of jurisdiction.

Opinion
delivered June 15, 2011.

Panel
consisted of Worthen, C.J., Griffith, J., and Hoyle, J.

 

 

 

 

 

 

 

 

(DO NOT PUBLISH)